FILE COPY



BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

# Court of Appeals

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

February 23, 2015

Julie Goen Panger
THE KIECHLER LAW FIRM PLLC
619 Broadway
Lubbock, TX 79401
* DELIVERED VIA E-MAIL *

**RE:**   Case Number:  07-14-00389-CR, 07-14-00410-CR
Trial Court Case Number: 2013-437,920, 2013-400,018

**Style:** Steven Regalado v. The State of Texas

Dear Counsel:

By Order of the Court, the motion for an extension of time to file Appellant's brief is this day granted.  The brief is due on or before **Friday, March 13, 2015**, with the admonition that additional extensions will not be granted absent extreme and unusual circumstances of which you will please take due notice.  Failure to comply with this deadline may result in the appeal being abated and the cause remanded to the trial court for further proceedings per Rule 38.8(b)(2) of the Texas Rules of Appellate Procedure.

Very truly yours,

*Vivian Long*
VIVIAN LONG, CLERK

xc:   Jeffrey S. Ford (DELIVERED VIA E-MAIL)